UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRY C. RUTHERFORD, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:07-CV-1080-G |
| VS. | ) | |
| | ) | CONSOLIDATED WITH |
| NATHANIEL QUARTERMAN, Director, | ) | 3:07-CV-1111-G |
| Texas Department of Criminal Justice, | ) | 3:07-CV-1317-G |
| Correctional Institutions Division, | ) | |
| | ) | **ECF** |
| Respondent. | ) | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636)b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct, and they are hereby **ACCEPTED** as the findings of the court.

**SO ORDERED**.

September 6, 2007.

_____
A. JOE FISH
CHIEF JUDGE